IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KERRY CONLEY,

    Petitioner,

v.

A.P. KANE, Warden, Central Training Facility - Central Facility,

    Respondent.

No. C 05-03588 JSW

**SECOND ORDER TO SHOW CAUSE**

On January 23, 2006, this Court issued an Order to Show Cause to Respondent in the above captioned case to file and serve on Petitioner Kerry Conley by March 17, 2006, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. The Court further ordered Respondent to file with the answer and serve on Petitioner a copy of all portions of the administrative record that are relevant to a determination of the issues presented by the petition for a writ of habeas corpus. Respondent has not complied with the Court's order.

Therefore, the Court HEREBY ORDERS Respondent to file and serve on Petitioner, by no later than May 26, 2006, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent is FURTHER ORDERED to file with the answer and serve on Petitioner a copy of all portions of the administrative record that are relevant to a determination of the issues presented by the petition. Respondent is on notice that failure to comply with this Court's

1  Second Order to Show Cause may result in the Court granting the Petition.

2      Petitioner is ORDERED to serve by certified mail a copy of this Order and the first
3  Order to Show Cause dated January 23, 2006, upon Respondent and to file a proof of service by
4  no later than April 24, 2006.

5  **IT IS SO ORDERED.**

7  Dated:   April 19, 2006

                                                    JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE