IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **KERRY CONLEY,**<br><br>Petitioner,<br><br>v.<br><br>**A. P. KANE,**<br><br>Respondent. | CASE NO. C05-03588 JSW<br><br>**[PROPOSED] ORDER GRANTING RESPONDENT'S REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO THE PETITION FOR WRIT OF HABEAS CORPUS** |

Respondent has requested an extension of time, through and including June 16, 2006, to file a responsive pleading to the habeas corpus petition. The Court has read and considered the request, including Petitioner's attorney's agreement to the requested extension, and good cause appearing:

IT IS HEREBY ORDERED that Respondent's request for extension of time is granted.

Respondent may file and serve on Petitioner, by June 16, 2006, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued.

If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within 30 days of his receipt of the answer.

Dated: May 30, 2006

_____
Jeffrey S. White
United States District Judge

[Proposed] Order.wpd

[Proposed] Order

*Conley v. Kane*
Case No. C05-03588 JSW

1