Case 3:05-cv-03588-JSW Document 25 Filed 11/21/2006 Page 1 of 1

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

_____ )
                         )       No. 05-cv-3588 JSW

KERRY CONLEY,             )
                         )

           Petitioner,    )

                         )

       **v.**            )       **[~~PROPOSED~~] ORDER**

                         )

A.P. KANE, Warden,      )
California Training Facility,   )
                         )

           Respondent.   )
_____ )

       Petitioner Kerry Conley, by and through counsel, has moved the Court for permission to file an enlarged memorandum of points & authorities of 35 pages. He has supported the motion with a declaration. On good cause shown, the Court grants the motion.

       **It Is So Ordered.**

 Dated:  November 21 2006.      _____
                                   Honorable Jeffrey S. White
                                   U.S. District Judge