IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KERRY CONLEY,

    Petitioner,

v.

A.P. KANE, Warden, Central Training Facility - Central Facility,

    Respondent.
_____/

No. C 05-03588 JSW

**ORDER GRANTING PETITIONER'S COUNSEL'S MOTION TO WITHDRAW**

    Now before the Court is the motion to withdraw as counsel for Petitioner Kerry Conley filed by Joseph A. Camarata. Having carefully reviewed the papers and the relevant legal authority, the Court hereby grants counsel's motion to withdraw. Petitioner is advised that he may proceed *pro se* until, if and when, he obtains new counsel. The Petitioner is further advised that it is his duty to prosecute his case.

    Mr. Camarata is ORDERED to serve a copy of this Order on Petitioner and to file a proof of service by no later than October 19, 2007. Petitioner is DIRECTED to provide the Court and Respondent with his current mailing address by no later than November 2 17, 2007. Respondent is advised that this matter will not be excluded from the e-filing program, but that he is required to serve paper copies by mail on all unrepresented parties. Petitioner, so long as

///

///

///

he remains unrepresented, shall file and serve all submissions to the Court in paper form unless prior leave of Court is obtained.

**IT IS SO ORDERED.**

Dated: October 10, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California