**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    KERRY CONLEY,

10                   Petitioner,                    No. C 05-03588 JSW

11         v.

12   A.P. KANE, Warden, Central Training Facility    **AMENDED ORDER GRANTING**
     - Central Facility,                             **PETITIONER'S COUNSEL'S**
13                                                   **MOTION TO WITHDRAW**
                     Respondent.
14   _____/

15

16         Now before the Court is the motion to withdraw as counsel for Petitioner Kerry Conley

17   filed by Joseph A. Camarata.  Having carefully reviewed the papers and the relevant legal

18   authority, the Court hereby grants counsel's motion to withdraw.  Petitioner is advised that he

19   may proceed *pro se* until, if and when, he obtains new counsel.  The Petitioner is further

20   advised that it is his duty to prosecute his case.

21         Mr. Camarata is ORDERED to serve a copy of this Order on Petitioner and to file a

22   proof of service by no later than October 19, 2007.  Petitioner is DIRECTED to provide the

23   Court and Respondent with his current mailing address by no later than November 2, 2007.

24   Respondent is advised that this matter will not be excluded from the e-filing program, but that

25   he is required to serve paper copies by mail on all unrepresented parties.  Petitioner, so long as

26   ///

27   ///

28   ///

he remains unrepresented, shall file and serve all submissions to the Court in paper form unless

prior leave of Court is obtained.

**IT IS SO ORDERED.**

Dated:   October 10, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California